**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL SCOTT WARREN,

      Plaintiff,

v.                            CASE NO. 3:07-cv-152-J-25HTS

FLORIDA DEPARTMENT
OF CORRECTIONS,

      Defendant.

_____

**<u>O R D E R</u>**

1.    The letter (Doc. #6) dated March 28, 2007, and filed on March 30, 2007, is **STRICKEN**.  However, the scanned version shall be retained on the electronic filing system.

2.    On April 13, 2007, Plaintiff inappropriately mailed several documents directly to the chambers of the undersigned. Inasmuch as this litigation was dismissed on March 8, 2007 (Doc. #4), and these submissions would not constitute proper post-dismissal filings, no action or involvement by the Court is

warranted.  However, the Clerk of the Court is directed to place the materials on the left side of the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of April, 2007.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
      and *pro se* parties, if any

-2-